QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Bruce E. Van Dalsem (Bar No. 124128)
  (brucevandalsem@quinnemanuel.com)
  Daniel C. Posner  (Bar No. 232009)
  (danposner@quinnemanuel.com)
  Alex Bergjans (Bar No. 302830)
  (alexbergjans@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiff
Wire Swiss GmbH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIRE SWISS GmbH, a Swiss corporation; | CASE NO. 2:16-cv-2340 |
|         Plaintiff, | **PLAINTIFF WIRE SWISS GMBH'S NOTICE OF DISMISSAL WITH PREJUDICE** |
|     v. | |
| QUIET RIDDLE VENTURES, LLC d/b/a OPEN WHISPER SYSTEMS; and MOXIE MARLINSPIKE aka MATTHEW ROSENFELD and/or MIKE BENHAM, an individual, | |
|         Defendants. | |

1    Plaintiff Wire Swiss GmbH, through undersigned counsel, hereby dismisses
2    with prejudice its complaint against Quiet Riddle Ventures LLC dba Open Whisper
3    Systems and Moxie Marlinspike aka Matthew Rosenfeld and/or Mike Benham
4    pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

5

6    DATED:  May 4, 2016                    QUINN EMANUEL URQUHART &
7                                           SULLIVAN, LLP

8

9                                   By
10                                          Bruce E. Van Dalsem
11                                           865 South Figueroa Street, 10th Floor
                                            Los Angeles, California 90017
12                                          Telephone:  (213) 443-3000
                                            Facsimile:    (213) 443-3100
13

14                                          Attorney for Wire Swiss GmbH

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On May 4, 2016, I served true copies of the following document(s) described as:

**PLAINTIFF WIRE SWISS GMBH'S NOTICE OF DISMISSAL WITH PREJUDICE**

on the interested parties in this action as follows:

Tennille Christensen, Esq.
650 Castro Street
Suite 120-414
Mountain View CA, 94041

*Counsel for Defendants Quiet Riddle Ventures, LLC and Moxie Marlinspike*

**BY FIRST CLASS MAIL:**  I am employed in the County of Los Angeles where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 4, 2016 at Los Angeles, California.

_____
Alex Bergians